Page 1 of 2

# Petty Offense Docket Sheet and Judgment Order
## For 01/11/2023 at 10:00 AM Hearing Site: SLMA District: ALABAMA SOUTHERN
## Magistrate Judge: HON BERT W MILLING JR 28RD

Date Dec 27, 2022

| Citation | Hrg Type | Defendant Information | Offense Information | Disposition | Proc. Fee | Special Assess. | Fine | Total Due |
|---|---|---|---|---|---|---|---|---|
| SA51 FBKQ004Z FTA ☐ | O | BARNES, COREY V<br>1600 ALABAMA AVE SW<br>BIRMINGHAM, AL 35211<br>SSN:<br>Drivers License: #####81 AL | OPERATING VEHICLE WITH SUSPEND<br>18USC13<br>Issued: 11/26/2022 by BROOKS<br>Original Amount: 180.00<br>Current Due: 180.00<br><br>USFS E-TICKET | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA51 FBKQ0050 FTA ☐ | O | BARNES, COREY V<br>1600 ALABAMA AVE SW<br>BIRMINGHAM, AL 35211<br>SSN:<br>Drivers License: #####81 AL | POSSESSION OF MARIJUANA<br>21USC844<br>Issued: 11/26/2022 by BROOKS<br>Original Amount: 130.00<br>Current Due: 130.00<br><br>USFS E-TICKET | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA51 FBKQ004S FTA ☐ | O | SMITH, JUSTIN C<br>8211 AL HIGHWAY 60<br>MOUNDVILLE, AL 35474<br>SSN:<br>Drivers License: #####78 AL | BLOCKING ROAD<br>36CFR261.12(d)<br>Issued: 11/06/2022 by BROOKS<br>Original Amount: 180.00<br>Current Due: 180.00<br><br>USFS E-TICKET | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA24 09870428 FTA ☐ | M | WHITTAKER, WILLIAM J<br>11963 JERICHO DR<br>DAPHNE, AL 36526<br>SSN: ###-##-4775<br>Drivers License: #####716 AL | DESTRUCTION OF GOVERNMENT PROP<br>18USC1361<br>Issued: 09/10/2022 by 7311<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -<br>New:<br>Narrative: | 30 | | | |

The processing fee as printed on the violation notice and issued to the defendant should apply to each case regardless of the date issued. Applicable processing fee printed above.

**Petty Offense Docket Sheet and Judgment Order**
**For 01/11/2023 at 10:00 AM Hearing Site: SLMA District: ALABAMA SOUTHERN**
**Magistrate Judge: HON BERT W MILLING JR 28RD**

| Citation | Hrg Type | Defendant Information | Offense Information | Disposition | Proc. Fee | Special Assess. | Fine | Total Due |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

The processing fee as printed on the violation notice and issued to the defendant should apply to each case regardless of the date issued. Applicable processing fee printed above.

# Signature Page for:
# Petty Offense Docket Sheet and Judgment Order

**District:** ALABAMA SOUTHERN

**Magistrate Judge:** HON BERT W MILLING JR

**Magistrate Code:** 28RD

**Hearing Site:** SLMA

**Date:** 01/11/2023

**Time:** 10:00 AM

**Tape Number(s)** _____

**Time in Court: Hours:** _____   **Minutes:** _____

**Presiding Judge:** _____   **Date:** _____

NOTE: The dispositions recorded on this docket along with the time on bench are used for MJSTAR reporting purposes. Only dispositions that indicate a defendant appeared in court while the judge was on the bench are counted for MJSTAR purposes. Generally, those dispositions begin with either a P or a T. Please contact the Central Violations Bureau at 800-827-2982 with any questions.